1  JOHN B. SULLIVAN (State Bar No. 96742)
   MARY KATE SULLIVAN (State Bar No. 180203)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
4  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
5
   Attorneys for Defendants
6  GMAC LLC, CAP RE OF VERMONT, INC

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11
   KARAM SINGH BADESHA, FELICIA        )  Case No.: C06-07817 JCS
12 FOLMAR, LORI GARRETT, and DONNA     )
   MOORE, individually and on behalf of all )) STIPULATION EXTENDING TIME
13 others similarly situated,           )  FOR DEFENDANTS GMAC LLC AND
                                        )  CAP RE OF VERMONT, INC TO
14                Plaintiffs,           )  RESPOND TO COMPLAINT
                                        )
15       vs.                            )
                                        )
16 GMAC LLC, CAP RE OF VERMONT, INC.,   )
                                        )
17                Defendants.           )
                                        )

18

19

20       Pursuant to Local Rule 6-1(a) of this Court, Defendants GMAC LLC and CAP RE OF

21 VERMONT, INC and Plaintiffs KARAM SINGH BADESHA, FELICIA FOLMAR, LORI

22 GARRETT, and DONNA MOORE stipulate as follows:

23       1.    Plaintiffs have filed the above-captioned lawsuit against GMAC LLC and CAP

24 RE OF VERMONT, INC.

25       2.    GMAC LLC's and CAP RE OF VERMONT, INC's responsive pleadings were

26 due Tuesday, January 16, 2007.

27

28

---

                              1    STIPULATION EXTENDING TIME TO
                                   RESPOND TO COMPLAINT.: C06-07817-JCS

3. GMAC LLC, CAP RE OF VERMONT, INC and plaintiffs have agreed to stipulate to extend GMAC, LLC's and CAP RE OF VERMONT, INC's time to respond to plaintiff's Complaint by thirty (30) days.

4. Pursuant to this stipulation, GMAC LLC's and CAP RE OF VERMONT, INC's responsive pleading will be filed and served on or before February 15, 2007.

IT IS SO STIPULATED THAT:

GMAC LLC's and CAP RE OF VERMONT, INC's responsive pleading to plaintiffs' Complaint is due on February 15, 2007.

SO STIPULATED:

DATED: January 18, 2007

Mary Kate Sullivan
SEVERSON & WERSON
Attorneys for Defendants GMAC LLC and CAP RE OF VERMONT, INC

DATED: January 18, 2007

Alan R. Plutzik, of counsel
Schiffrin, Barroway, Topaz & Kessler, LLP
Attorneys for Plaintiffs

Dated: January 19, 2007

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA