| | |
|---|---|
| 1 | MICHAEL J. AGOGLIA (CA SBN 154810) |
| | WENDY M. GARBERS (CA SBN 213208) |
| 2 | MAgoglia@mofo.com |
| | MORRISON & FOERSTER LLP |
| 3 | 425 Market Street |
| | San Francisco, California 94105-2482 |
| 4 | Telephone: 415.268.7000 |
| | Facsimile: 415.268.7522 |
| 5 | |
| | Attorneys for Defendants |
| 6 | GMAC LLC, CAP RE OF VERMONT, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KARAM SINGH BADESHA, FELICIA FOLMAR, LORI GARRETT, and DONNA MOORE, individually and on behalf of all other similarly situated,,

Plaintiffs,

v.

GMAC LLC, CAP RE OF VERMONT, INC.,

Defendants.

Case No. C06-07817

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

It is hereby stipulated by and between plaintiffs Karam Singh Badesha, Felicia Folmar, Lori Garrett and Donna Moore and defendants GMAC LLC and Cap Re Of Vermont, Inc., through their respective attorneys as follows:

1. Defendants' responsive pleadings are currently due on February 15, 2007;

2. Defendants were previously represented by Severson & Werson, but have just recently retained new counsel, Morrison & Foerster LLP, to represent them;

3. Plaintiffs and defendants have thus agreed to extend defendants' time to respond to the complaint herein;

STIPULATION AND [PROPOSED] ORDER C06-07817　　　　　　　　　　　　　　　　　　　　　　　　　　1
sf-2270246

4. Pursuant to this stipulation, defendants' GMAC LLC and Cap Re Of Vermont, Inc.'s response to the complaint will be filed and served on or before March 30, 2007.

Dated: February 14, 2007
MICHAEL J. AGOGLIA
WENDY M. GARBERS
MORRISON & FOERSTER LLP

By: /s/Michael J. Agoglia
Michael J. Agoglia

Attorneys for Defendants
GMAC LLC, CAP RE OF VERMONT, INC.

Dated: February 14, 2007
ALAN R. PLUTZIK
ROBERT M. BRAMSON
JOSEPH H. MELTZER
EDWARD W. CIOLKO
JOSEPH A. WEEDEN
SCHIFFRIN & BARROWAY LLP

By: /s/Alan R. Plutzik
Alan R. Plutzik

Attorneys for Plaintiffs

[PROPOSED] ORDER

IT IS HEREBY ORDERED, pursuant to the parties' stipulation, that defendants' GMAC LLC and Cap Re Of Vermont, Inc.'s time within which to respond to the complaint in this case shall be extended to and including March 30, 2007.

Dated: Feb. 15, 2007

Magistrate Judge Joseph C. Spero

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained from each of the other signatories and I shall maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party.

/s/Michael J. Agoglia
Attorney for Defendant

STIPULATION AND [PROPOSED] ORDER C06-07817
sf-2270246

2