FILED
FEB 26 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

RECEIVED
07 FEB 15 PM 12:58
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARAM SINGH BADESHA, FELICIA FOLMER, LORI GARRETT and DONNA MOORE, individually and on behalf of all other similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>GMAC LLC, CAP RE OF VERMONT, INC.,<br><br>    Defendants. | Case No. C06-07817 JCS<br><br>(~~Proposed~~)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Andrew L. Berke, an active member in good standing of the State of Tennessee and the United States District Court for the Eastern District of Tennessee, whose business address and telephone number are: 420 Frazier Avenue, Post Office Box 4747, Chattanooga, Tennessee 37405, (423) 266-5171, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L. R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: 2/26/07

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE
United States ~~District~~ Judge
MAG

(~~Proposed~~) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
Case No. C06-07817 JCS