MICHAEL J. AGOGLIA (CA SBN 154810)
WENDY M. GARBERS (CA SBN 213208)
RITA F. LIN (CA SBN 236220)
MAgoglia@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
GMAC LLC, CAP RE OF VERMONT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KARAM SINGH BADESHA, FELICIA FOLMAR, LORI GARRETT, and DONNA MOORE, individually and on behalf of all other similarly situated,,<br><br>Plaintiffs,<br><br>v.<br><br>GMAC LLC, CAP RE OF VERMONT, INC.,<br><br>Defendants. | Case No. C06-07817<br><br>**REVISED STIPULATION AND [PROPOSED] ORDER VACATING CASE DEADLINES** |

|   |   |
|---|---|
| 1 | Whereas plaintiffs Karam Singh Badesha, Felicia Folmar, Lori Garrett and Donna Moore |
| 2 | (collectively, "plaintiffs") and defendants GMAC LLC and Cap Re of Vermont, Inc. |
| 3 | (collectively, "defendants") are meeting and conferring in good faith to resolve threshold issues |
| 4 | regarding the initial pleadings in an effort to avoid needless motion practice; |

Whereas plaintiffs Karam Singh Badesha, Felicia Folmar, Lori Garrett and Donna Moore (collectively, "plaintiffs") and defendants GMAC LLC and Cap Re of Vermont, Inc. (collectively, "defendants") are meeting and conferring in good faith to resolve threshold issues regarding the initial pleadings in an effort to avoid needless motion practice;

Whereas those discussions are ongoing and require the parties to develop and informally exchange additional factual information;

Whereas the parties believe that judicial economy would be better served by postponing initial disclosures, the case management conference, and responsive pleading deadlines until the initial pleadings are further settled;

Whereas the only previous time modification in this case was to extend the time for defendants to respond to the complaint from February 15, 2007 to March 30, 2007, because defendants had been previously represented by different counsel and had only recently retained their current counsel,

Accordingly, the parties, through their respective attorneys, hereby stipulate and request that the Court enter an order as follows:

1. Plaintiffs shall file and serve an amended complaint on or before May 18, 2007;

2. Defendants shall file and serve responsive pleadings on or before June 22, 2007;

3. If either of the defendants' responses to the amended complaint is a motion, the parties will meet and confer regarding a briefing schedule on such motion(s) and submit their proposed schedule to the Court for approval;

4. The currently pending deadlines in the case — the initial disclosures deadline on March 23, 2007, the case management conference on March 30, 2007, and defendants' responsive pleading deadline to the original complaint on March 30, 2007 — shall be vacated; the case management conference shall be reset to ~~July 13, 2007~~ July 27, 2007, at 1:30 p.m.;

5. The parties shall exchange initial disclosures on or before June 15, 2007. The parties shall conduct a Rule 26(f) conference on or before June 29, 2007. The parties shall submit a joint case management statement meeting the requirements of Local Rule 16-9 on or

REVISED STIPULATION AND [PROPOSED] ORDER C06-07817
sf-2291362

1

before ~~July 6, 2007.~~ July 20, 2007 Nothing in this Order shall be construed to affect the parties' rights to take discovery from parties or nonparties.

Dated: March 28, 2007

MICHAEL J. AGOGLIA
WENDY M. GARBERS
RITA F. LIN
MORRISON & FOERSTER LLP

By: /s/ Wendy M. Garbers
    Wendy M. Garbers

Attorneys for Defendants
GMAC LLC, CAP RE OF VERMONT, INC.

Dated: March 28, 2007

ALAN R. PLUTZIK
ROBERT M. BRAMSON
JOSEPH H. MELTZER
EDWARD W. CIOLKO
JOSEPH A. WEEDEN
SCHIFFRIN & BARROWAY LLP

By: /s/ Alan R. Plutzik
    Alan R. Plutzik

Attorneys for Plaintiffs

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, IT IS SO ORDERED AS AMENDED

Dated: March 29, 2007

_____
The Honorable

*Judge Joseph C. Spero*

**ECF CERTIFICATION**

Pursuant to General Order No. 45, § X.B., the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatory to the document.

By: /s/Wendy M. Garbers
    Wendy M. Garbers

REVISED STIPULATION AND [~~PROPOSED~~] ORDER C06-07817
sf-2291362

2