MICHAEL J. AGOGLIA (CA SBN 154810)
WENDY M. GARBERS (CA SBN 213208)
RITA F. LIN (CA SBN 236220)
MAgoglia@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
GMAC MORTGAGE, LLC, GMAC BANK,
and CAP RE OF VERMONT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KARAM SINGH BADESHA, FELICIA FOLMAR, LORI GARRETT, and DONNA MOORE, individually and on behalf of all other similarly situated,,<br><br>Plaintiffs,<br><br>v.<br><br>GMAC LLC, CAP RE OF VERMONT, INC.,<br><br>Defendants. | Case No. C06-07817 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER RE RESPONSE TO FIRST AMENDED COMPLAINT** |

Whereas plaintiffs filed a First Amended Complaint on May 18, 2007;

Whereas defendants' response to the First Amended Complaint is currently due on June 22, 2007;

Whereas defendants requested a one-week extension of this deadline, to accommodate defense counsel's vacation schedule;

Accordingly, the parties, through their respective attorneys, hereby stipulate as follows:

1. Defendants' deadline to file and serve responsive pleadings shall be extended one week, to June 29, 2007.

Dated: June 14, 2007

MICHAEL J. AGOGLIA
WENDY M. GARBERS
RITA F. LIN
MORRISON & FOERSTER LLP

By: /s/ Wendy M. Garbers
    Wendy M. Garbers

Attorneys for Defendants
GMAC MORTGAGE, LLC, GMAC BANK, and CAP RE OF VERMONT, LLC

Dated: June 14, 2007

ALAN R. PLUTZIK
ROBERT M. BRAMSON
JOSEPH H. MELTZER
EDWARD W. CIOLKO
JOSEPH A. WEEDEN
SCHIFFRIN & BARROWAY LLP

By: /s/ Alan R. Plutzik
    Alan R. Plutzik

Attorneys for Plaintiffs

**ECF CERTIFICATION**

Pursuant to General Order No. 45, § X.B., the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatory to the document.

By: /s/Wendy M. Garbers
    Wendy M. Garbers

STIPULATION AND [~~PROPOSED~~] ORDER C06-07817 JCS
sf-2338204

1

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: __June 15, 2007___

_____
The Honorable Joseph C. Spero

*[Signature and seal: Judge Joseph C. Spero, United States District Court, Northern District of California]*