SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (CA SBN 077785)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Joseph H. Meltzer, Esq.
Edward W. Ciolko, Esq.
Mark K. Gyandoh, Esq.
Joseph A. Weeden, Esq.
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Plaintiffs

[Additional Plaintiffs' Counsel Listed on Signature Page]

MORRISON & FOERSTER LLP
MICHAEL J. AGOGLIA (CA SBN 154810)
WENDY M. GARBERS (CA SBN 213208)
RITA F. LIN (CA SBN 236220)
MAgoglia@mofo.com
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
GMAC MORTGAGE, LLC, GMAC BANK and CAP RE OF VERMONT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARAM SINGH BADESHA and DONNA MOORE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GMAC MORTGAGE, LLC, GMAC BANK and CAP RE OF VERMONT, INC.,<br><br>Defendants. | Case No. C06-07817 JCS<br><br>**STIPULATION OF DISMISSAL OF KARAM BADESHA**<br><br>Date: September 7, 2007<br>Time: 1:30 p.m.<br>Before: Hon. Joseph C. Spero |

STIPULATION OF DISMISSAL OF KARAM BADESHA
CASE NO. C06-07817 JCS

Plaintiffs Karam Singh Badesha ("Badesha") and Donna Moore ("Moore") and defendants GMAC Mortgage, LLC, GMAC Bank, LLC and Cap Re of Vermont, LLC ("Defendants") hereby stipulate, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, as follows:

(1) All claims asserted in this action by plaintiff Karam Singh Badesha shall be dismissed without prejudice.

(2) Each party shall bear its own costs, expenses and attorneys' fees, with the exception that Defendants reserve whatever rights they may have to seek an award of costs, expenses and/or attorneys' fees against plaintiff Badesha in the event that Badesha refiles an action against any of the Defendants asserting the same claims dismissed herein.

(3) This Stipulation applies only to the claims asserted by plaintiff Badesha in this action. Plaintiff Moore continues to prosecute this case individually and on behalf of the proposed class.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: September 6, 2007 | SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP |
| | By: /s/ Alan R. Plutzik |
| | Alan R. Plutzik, Of Counsel (Bar No. 077785)<br>2125 Oak Grove Road, Suite 120<br>Walnut Creek, California 94598<br>Telephone: (925) 945–0770 |
| | -and- |
| | Joseph H. Meltzer, Esq.<br>Edward W. Ciolko, Esq.<br>Mark K. Gyandoh, Esq.<br>Joseph A. Weeden, Esq.<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: (610) 667–7706 |

STIPULATION OF DISMISSAL OF KARAM BADESHA
CASE NO. C06-07817 JCS

1

|  |  |
|---|---|
|  | BERKE, BERKE & BERKE<br>Andrew L. Berke, Esq.<br>420 Frazier Avenue<br>Chattanooga, TN 37402<br>Telephone: (423) 266-5171<br>Facsimile: (423) 265-5307<br><br>TRAVIS & CALHOUN, P.C.<br>Eric G. Calhoun, Esq.<br>1000 Providence Towers East<br>5001 Spring Valley Road<br>Dallas, Texas 75244<br>Telephone: (972) 934-4100<br>Facsimile: (972) 934-4101<br><br>Sterling L. DeRamus<br>Attorney at Law<br>2015 First Avenue North<br>Birmingham, Alabama 35203<br>Telephone: (205) 458-1100<br><br>Attorneys for Plaintiffs<br><br>MORRISON & FOERSTER LLP<br><br>By: /s/ Wendy M. Garbers<br>Wendy M. Garbers<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br><br>Attorneys for Defendants<br>GMAC MORTGAGE, LLC, GMAC BANK, and CAP RE OF VERMONT, LLC |

Dated: 9/7/7

*IT IS SO ORDERED*
*Judge Joseph C. Spero*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Wendy M. Garbers, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 6th day of September, 2007 at San Francisco, California.

/s/ Wendy M. Garbers

STIPULATION OF DISMISSAL OF KARAM BADESHA
CASE NO. C06-07817 JCS