| | |
|---|---|
| 1 | MICHAEL J. AGOGLIA (CA SBN 154810) |
| | WENDY M. GARBERS (CA SBN 213208) |
| 2 | MAgoglia@mofo.com |
| | MORRISON & FOERSTER LLP |
| 3 | 425 Market Street |
| | San Francisco, California  94105-2482 |
| 4 | Telephone: 415.268.7000 |
| | Facsimile: 415.268.7522 |
| 5 | |
| | Attorneys for Defendants |
| 6 | GMAC LLC, GMAC BANK, and CAP RE OF VERMONT, LLC |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONNA MOORE, individually and on behalf of all other similarly situated,, | Case No.   C06-07817 |
| Plaintiff, | **STIPULATION RE TRANSFER TO THE EASTERN DISTRICT OF PENNSYLVANIA** |
| v. | |
| GMAC MORTGAGE, LLC, GMAC BANK and CAP RE OF VERMONT, INC., | |
| Defendants. | |

STIPULATION RE TRANSFER TO THE EASTERN DISTRICT OF PENNSYLVANIA
Case No. C06-07817
sf-2393539

1    WHEREAS defendants GMAC Mortgage, LLC, GMAC Bank and Cap Re of Vermont, LLC, ("Defendants") previously filed a motion to dismiss plaintiff Moore's claims for improper venue;

WHEREAS the Court took said motion off calendar, without prejudice to it being refiled after the case management conference scheduled for September 7, 2007; and

WHEREAS plaintiff Moore has agreed to stipulate to the transfer of her claims to the Eastern District of Pennsylvania;

NOW, THEREFORE, the parties, through their respective attorneys, hereby stipulate as follows:

1. This action should be transferred to the United States District Court for the Eastern District of Pennsylvania.

2. Defendants' response to plaintiff's first amended complaint will be due 20 days after said transfer is effected.

Dated: September 25, 2007

MICHAEL J. AGOGLIA
WENDY M. GARBERS
MORRISON & FOERSTER LLP

By:  /s/ Wendy M. Garbers
     Wendy M. Garbers

     Attorneys for Defendants
     GMAC LLC, GMAC BANK, and CAP RE OF VERMONT, LLC

Dated: September 25, 2007

ALAN R. PLUTZIK
EDWARD W. CIOLKO
JOSEPH A. WEEDEN
SCHIFFRIN & BARROWAY LLP

By:  /s/ Alan R. Plutzik
     Alan R. Plutzik

     Attorneys for Plaintiff

Dated: October 1, 2007

IT IS SO ORDERED
Judge Joseph C. Spero

STIPULATION RE TRANSFER TO THE EASTERN DISTRICT OF PENNSYLVANIA                1
C06-07817
sf-2393539

1  **ECF CERTIFICATION**

2  Pursuant to General Order No. 45, § X.B., the filing attorney attests that she has obtained

3  concurrence regarding the filing of this document from the signatory to the document.

4

5  By: /s/Wendy M. Garbers
       Wendy M. Garbers

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28